**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TONI K. CLAIBORNE, | ) | |
|        Plaintiff, | ) | 1:01-cv-01234-RLY-KPF |
| | ) | |
| v. | ) | |
| | ) | |
| ROY WISDOM, et al., | ) | |
|        Defendants, | ) | |
| | ) | |
| LEE, BURNS, & COSSELL & KUEHN, LLP, | ) | |
|        Intervener. | ) | |

**Order**

Defendants have moved the Court to set this matter for a settlement conference.

Defendants' motion reads in the following words and figures:

(H.I.)

The Court, being duly advised in the premises, GRANTS Defendants' motion and sets this matter for a settlement conference on January 26th, 2006, at 9:00 a.m. in Room 255 U.S. Courthouse.

**So Ordered.**

January 13, 2006

_____
KENNARD P. FOSTER
U.S. Magistrate Judge

cc:    Elaine Perran Boyd
        P.O. Box 361247
        Indianapolis, Indiana 46236

        John R. Maley
        Barnes & Thornburg
        jmaley@btlaw.com

        Hamid R. Kashani
        HKashani@aol.com